DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
BRETT BLAISURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | NO. CR.S-12-261-MCE |
| Plaintiff,  ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v.  ) | |
| BRETT BLAISURE,  ) | Date: November 16, 2012 |
| Defendant.  ) | Time: 9:00 a.m. |
| _____  ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for BRETT BLAISURE, that the status conference hearing date of September 20, 2012 be vacated, and the matter be set for status conference on November 16, 2012 at 9:00 a.m.

The reason for this continuance is that after receiving and reviewing supplemental discovery, further discussions between attorney and client are necessary.

///

///

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 16, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  September 25, 2012.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender

                                               /s/ Courtney Fein
                                               COURTNEY FEIN
                                               Assistant Federal Defender
                                               Designated Counsel for Service
                                               Attorney for BRETT BLAISURE

DATED:  September 25, 2012.                    BENJAMIN WAGNER
                                               United States Attorney

                                               /s/ Courtney Fein for
                                               PAUL HEMESATH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 20, 2012, status conference hearing be continued to November 16, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therfrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

2

It is ordered that time up to and including the November 16, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE