DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
BRETT BLAISURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>       Plaintiff,   )<br>             )<br>   v.        )<br>             )<br>BRETT BLAISURE,       )<br>             )<br>       Defendant.    )<br>_____ ) | NO. 12-cr-00261-MCE<br><br>**STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  January 24, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for BRETT BLAISURE, that the status conference hearing date of November 16, 2012 be vacated, and the matter be set for status conference on January 24, 2013 at 9:00 a.m.

The reason for this continuance is that a records request submitted to a state agency for records that will assist counsel in representing Mr. Blaisure remains pending. Time will be required to receive and review the records, and to have further discussions with the government regarding the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 24, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

///

Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 7, 2012.                    Respectfully submitted,

                                                             DANIEL J. BRODERICK
                                                             Federal Public Defender

                                                             /s/ Courtney Fein
                                                             COURTNEY FEIN
                                                             Assistant Federal Defender
                                                             Designated Counsel for Service
                                                             Attorney for BRETT BLAISURE

DATED: November 7, 2012.                    BENJAMIN WAGNER
                                                             United States Attorney

                                                             /s/ Courtney Fein for
                                                             PAUL HEMESATH
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, IT IS ORDERED that the November 16, 2012, status conference hearing **be continued to January 24, 2013, at 9:00 a.m.** Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 14, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  November 7, 2012

                                                             MORRISON C. ENGLAND, JR.
                                                             UNITED STATES DISTRICT JUDGE