DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
BRETT BLAISURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>BRETT BLAISURE,  )<br>  )<br>          Defendant.  )<br>_____  ) | No. 2:12-cr-00261-MCE<br><br>**STIPULATION AND ORDER;<br>CONTINUING  STATUS<br>CONFERENCE AND EXCLUDING<br>TIME**<br><br>Date:   March 28, 2013<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for BRETT BLAISURE, that the status conference hearing date of  January 24, 2013 be vacated, and the matter be set for status conference on March 28, 2013 at 9:00 a.m.

    The reason for this continuance is that a records request submitted to a state agency for records that will assist counsel in representing Mr. Blaisure remains pending.  Time will be required to receive and review the records, and to have further discussions with the government regarding the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 28, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 15, 2013.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Assistant Federal Defender
                                            Designated Counsel for Service
                                            Attorney for BRETT BLAISURE

DATED: January 15, 2013.                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Courtney Fein for
                                            PAUL HEMESATH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

///
///
///

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 24, 2013, status conference hearing be continued to March 28, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 28, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE