JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
BRETT BLAISURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-12-261-MCE |
| Plaintiff, | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| BRETT BLAISURE, | Date: June 27, 2013<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for BRETT BLAISURE, that the status conference hearing date of March 28, 2013 be vacated, and the matter be set for status conference on June 27, 2013 at 9:00 a.m.

The reason for this continuance is that defense counsel requires time to continue investigating the facts of the case and otherwise engage in defense preparation. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 27, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

///

///

///

1  Local Code T4 based upon continuity of counsel and defense preparation.

2  DATED: March 20, 2013.                    Respectfully submitted,

3                                            JOSEPH SCHLESINGER
4                                            Acting Federal Public Defender

5                                            /s/ Courtney Fein
                                             COURTNEY FEIN
6                                            Assistant Federal Defender
                                             Designated Counsel for Service
7                                            Attorney for BRETT BLAISURE

8  DATED: March 20, 2013.                    BENJAMIN WAGNER
9                                            United States Attorney

10                                           /s/ Courtney Fein for
                                             PAUL HEMESATH
11                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff

12

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

<u>ORDER</u>

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 28, 2013, status conference hearing be continued to June 27, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 27, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Date: March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE