IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>BRETT MICHAEL BLAISURE,<br>　a.k.a. Brett Michael Blasirue<br><br>　　　Defendant. | Case No. 2:12-cr-00261-MCE<br><br>**O R D E R**<br>**CORRECTING JUDGMENT TO CORRECT NAME AND DIRECTING BUREAU OF PRISONS TO CORRECT RECORDS TO REFLECT DEFENDANT'S TRUE NAME** |

Upon Defendant's motion, the Government having no objection, and good cause appearing, it is hereby ordered that granting Defendant's Motion to Amend the Judgment and Commitment is GRANTED. The Judgment and Commitment shall be amended due to a clerical error to reflect the correct spelling of Defendant's true name – **Brett Michael Blaisure.** The court will file the amended Judgment and Commitment in this docket.

///

///

///

///

///

///

*US v. Blaisure* - 1 - Order Correcting Judgment to Correct Name and Directing Bureau of Prisons to Correct Records to Reflect Defendant's True Name

The Bureau of Prisons is directed to correct its records, to include issuing inmate Brett Michael Blaisure corrected identification, to reflect true name spelling – **Brett Michael Blaisure** - as listed in his docket, charging documents, plea agreement, and amended judgment.

IT IS SO ORDERED.

Dated: June 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE